# JacksonLewis



Application Granted

Valerie Figueredo, U.S.M.J.
DATED: 9-16-2022

DIRECT DIAL: (631) 247-4660
EMAIL: MARC.WENGER@JACKSONLEWIS.COM

September 15, 2022

**VIA ECF**
Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

        Re: *Hugh Campbell v. IPsoft*,
           Case No. 18 Civ. 10684 (VF)

Dear Magistrate Judge Figueredo:

  As counsel for Defendant, we write jointly with counsel for Plaintiff pursuant to Rule I(e) of Your Honor's Individual Rules to advise the Court that the parties have reached a confidential settlement in principle and, therefore, respectfully request that all deadlines be adjourned *sine die*. The parties are in the process of formalizing the terms into a written agreement and anticipate that a Stipulation of Dismissal will be filed with the Court on or before October 21, 2022.

  Accordingly, the parties jointly and respectfully request that all deadlines be adjourned *sine die* pending the filing of the Stipulation of Dismissal including, but not limited to, the filing of the parties' Joint Pretrial Order due September 19, 2022, all related submission, and the November 1, 2022 trial. *See* Dkt. No. 56 and Trial Scheduling Order dated July 12, 2022. No prior request for an adjournment has been made.

  We appreciate Your Honor's consideration of this request.

            Respectfully submitted,

            JACKSON LEWIS P.C.

            *Marc S. Wenger*

            Marc S. Wenger

MSW/nml
cc: All counsel of record, *Via* ECF

4886-0912-1075, v. 1