**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
HUGH CAMPBELL,

                         Plaintiff,                     **18-CV-10684 (VF)**

           -against-                                       **ORDER**

IPSOFT INCORPORATED,

                       Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On September 15, 2022, the parties notified the Court that they reached a confidential settlement in principle and were in the process of formalizing the terms into a written agreement (ECF No. 57). The parties are directed to inform the Court whether the written settlement documents have been finalized **by December 7, 2022**.

                      **SO ORDERED.**

DATED:    New York, New York
                November 30, 2022

                                                                        VALERIE FIGUEREDO
                                                                        United States Magistrate Judge